**THOMPSON LAW, LLC**
Colin M. Thompson, Esq.
J.E. Tenorio Building
PMB 917 Box 10001
Saipan, Mariana Islands 96950
Telephone: (670) 233-0777
Facsimile:  (670) 233-0776
*Attorney for U.S.A. Fanter Corp., Ltd.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

| U.S.A. FANTER CORPORATION, LTD., | Case No. 20-cv-00003 |
|---|---|
| Plaintiff, | **PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |
| vs. | |
| IMPERIAL PACIFIC INTERNATIONAL (CNMI), LLC, | Time:<br>Date: |
| Defendant. | **Judge: Ramona V. Manglona** |

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, plaintiff U.S.A. Fanter Corporation, Ltd. ("USA Fanter"), moves this Court for partial summary judgment on its claim for breach of the construction contract (ECF No. 8, the "Construction Contract") by defendant Imperial Pacific International (CNMI), LLC ("IPI"). This motion is supported by the Memorandum of Points and Authorities, the Declarations of Antonio Muna and Steven Qian filed concurrently herewith, the exhibits attached thereto, the record on file with the Court in this action and such evidence as may be presented at the hearing.

RESPECTFULLY SUBMITTED, September 23, 2020.

*/s/ Colin M. Thompson*
**THOMPSON LAW, LLC**
Colin M. Thompson