AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of the Northern Mariana Islands

| | |
|---|---|
| U.S.A. Fanter Corporation, Ltd. *Plaintiff* | ) ) ) |
| v. | ) Civil Action No. 1:20-cv-00003 |
| Imperial Pacific International (CNMI), LLC *Defendant* | ) ) ) |

**FILED**
Clerk
District Court
FEB 12 2021
for the Northern Mariana Islands
By _____ (Deputy Clerk)

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Judgment in favor of U.S.A. Fanter Corporation, Ltd. for the attachment of mechanics' lien to Defendant's interests in the improvements and real property at Lot 2, Block 44, (TD 1440), an area containing 1.567 hectares, in Garapan, Saipan, described in drawing/cadastral plat no.111/70, original filed June 19, 1979 as Doc. No. 8408 in Clerks of Court, Saipan, for the amount of $2,089,345.28.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Ramona V. Manglona on a motion for Application for Mechanic's Lien (ECF No. 2) and Order Directing Entry of Final Judgment re: Mechanics' Lien (ECF No. 96).

Date: February 12, 2021

CLERK OF COURT

*signature*
Heather L. Kennedy
*Signature of Clerk or Deputy Clerk*