AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Northern Mariana Islands

| | | |
|---|---|---|
| U.S.A. Fanter Corporation, Ltd. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 1:20-cv-00003 |
| Imperial Pacific International (CNMI), LLC | ) | |
| *Defendant* | ) | |

FILED
Clerk
District Court
JAN 26 2023
for the Northern Mariana Islands
By_____
(Deputy Clerk)

## SECOND AMENDED
## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ **the plaintiff** *(name)* _____ recover from the **defendant** *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ **the plaintiff recover nothing**, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ **other:** Pursuant to the Order Granting Stipulation to Release Funds (ECF 325), the Judgment for a mechanic's lien to include a money judgment in favor of U.S.A. Fanter Corporation, Ltd. against Imperial Pacific International (CNMI), LLC in the amount of $2,089,345.28 now includes the stipulated amount of prejudgment interest of One Hundred Nine Thousand Sixty and 28/100 USD $109,060.28 (ECF No. 102), for a total amended judgment of $2,198,405.56.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Ramona V. Manglona on a motion for Stipulation to Release Funds (ECF No. 324).

Date: 01/26/2023

CLERK OF COURT

**HEATHER L. KENNEDY**

*Signature of Clerk or Deputy Clerk*