F I L E D
Clerk
District Court
FEB 14 2023
for the Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| U.S.A. FANTER CORPORATION, LTD.,<br><br>Plaintiff,<br><br>v.<br><br>IMPERIAL PACIFIC INTERNATIONAL (CNMI), LLC,<br><br>Defendant. | Case No. 1:20-cv-00003<br><br>**ORDER APPROVING REPORT AND ACCOUNT OF SECOND AND THIRD AUCTIONS, AND FIRST DISBURSEMENT OF FUND** |

This matter came before the Court on Thursday, February 9, 2023 upon the Receiver's Motion for Order Approving Report and Account of Second Auction (ECF No. 333), Motion for Order Approving Report and Account Third Auction (ECF No. 340), and Motion to authorize disbursement of commissions, expenses, and attorney's fees (ECF No. 332).  No oppositions to any of the motions were filed, and none were expressed at the hearing.  For the reasons stated on the record, good cause appearing, it is hereby ORDERED, that:

1.  The Receiver's Motion for Order Approving Report and Account of Second Auction is hereby **GRANTED**.  The report and account of the second auction filed on December 21, 2022 (ECF No. 333-1) is hereby **APPROVED**.  The Receiver is authorized and directed to collect the remaining 85% of the successful bids and to execute appropriate bills of sale and to deliver the items sold to the successful bidders.  All proceeds of sale will be maintained in The Law Offices of Michael A. White, LLC Escrow Trust Account, pending further order of the Court.

2. The Motion for Order Approving Report and Account of Third Action is hereby **GRANTED**. The report and account of the third auction filed on January 26, 2023 (ECF No. 340-1) is hereby **APPROVED**. The Receiver is authorized and directed to collect the remaining 85% of the successful bids and to execute appropriate bills of sale and to deliver the items sold to the successful bidders. All proceeds of sale will be maintained in The Law Offices of Michael A. White, LLC Escrow Trust Account, pending further orders of the Court.

3. The Receiver's Motion requesting disbursement of funds in the Escrow Trust Account is hereby **GRANTED**. The Receiver is authorized and directed to disburse $115,852.71 of the funds held in the escrow account as follows: to Clear Management, Ltd., as commission on the sale to Angel Playing Cards and sales concluded at the first action, in the amount of $71,160.00; to Clear Management, Ltd., for expenses incurred through December 7, 2022, in the amount of $37,867.81; and to The Law Offices of Michael A. White, LLC, for legal fees and expenses, in the amount of $6,824.90.

IT IS SO ORDERED on this 14th day of February, 2023.

_____
RAMONA V. MANGLONA
Chief Judge