IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| U.S.A. FANTER CORPORATION, LTD., | : | CIVIL CASE NO. 1:20-CV-00003 |
| Plaintiff, | : | |
| -v- | : | |
| IMPERIAL PACIFIC INTERNATIONAL (CNMI), LLC, | : : | |
| Defendant. | : | |

## MOTION FOR ORDER APPROVING
## REPORT AND ACCOUNT OF FOURTH AUCTION
## AND FOR PAYMENT OF EXPENSES

Clear Management, Ltd., hereby respectfully moves that this Honorable Court enter an Order, approving the report and account of the fourth auction filed herewith, and authorizing and directing Clear Management, Ltd., to collect the remaining 85% of the successful bids and to execute appropriate bills of sale and to deliver the items sold to the successful bidders. All proceeds of sale will be maintained in The Law Offices of Michael A. White, LLC Escrow Trust Account, pending the further orders of the Court.

Clear Management, Ltd., further hereby respectfully moves that the Court authorize and direct disbursement, from funds held in the Escrow Trust Account, to Clear Management, Ltd., for expenses incurred from March 1 through March 31, 2023, in the amount of $11,554.26. A Memorandum in support of this Motion is submitted herewith.

DATED: 17 APR 2023

MICHAEL A. WHITE, ESQ.
Attorney for Clear Management, Ltd.

-1-