IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| U.S.A. FANTER CORPORATION, LTD., | : | CIVIL CASE NO. 1:20-CV-00003 |
| Plaintiff, | : | |
| -v- | : | |
| IMPERIAL PACIFIC INTERNATIONAL (CNMI), LLC, | : : | |
| Defendant. | : | |

### REPORT AND ACCOUNT OF FOURTH AUCTION

On October 26, 2021, this Court entered an Order, ECF 166, authorizing and directing Clear Management, Ltd., to sell certain gaming equipment of Defendant Imperial Pacific International (CNMI), LLC.

Pursuant to this Order, Clear Management conducted a fourth auction, covering a portion of the equipment. 31 lots were on offer, and acceptable bids were received for 22 lots. No bids were received on the remaining nine lots, and these items will be re-auctioned at the next auction. Bids were received from eleven parties, seven of which were successful. The total value of the successful bids received was $225,812.00. A table summarizing the equipment, the names of the successful bidders, and the selling price for each lot, is attached hereto. Each of the successful bidders has paid 15% of the total successful bids into The Law Offices of Michael A. White, LLC Escrow Trust Account.

Clear Management believes that the successful bids indicated in the table are reasonable, and should be accepted by the Court.

A fifth auction is scheduled for June 9, 2023.

DATED: 17 APR 2023

MICHAEL A. WHITE, ESQ.
Attorney for Clear Management, Ltd.

| Lot No | Model | Condition | No. of Units | Bid p.u. | Total Bid | Winning Bidder | Deposit | Balance |
|---|---|---|---|---|---|---|---|---|
| 2053N | SG MD3 Shuffler | Used | 1 | $2,250 | $2,250 | Port de Plaissance Hotel Mgt N.V. | | |
| 2055N | Roulette Chips 17 000 | Used | 1 | $4,760 | $4,760 | Port de Plaissance Hotel Mgt N.V. | | |
| 2059N | Shelving for Chip and Plaques | Used | 1 | $250 | $250 | Port de Plaissance Hotel Mgt N.V. | | |
| 2061N | TCS Double Sided Roulette LCD Display 29 inch incl software | New | 5 | $800 | $4,000 | Port de Plaissance Hotel Mgt N.V. | | |
| 2062N | TCS Double Sided Roulette LCD Display 29 inch incl software | Used | 9 | $700 | $6,300 | Port de Plaissance Hotel Mgt N.V. | | |
| 2063N | TCS - Omni : PC & LG Double Sided Table Screen 23 inch / with game software / key board and PSU | Used | 25 | $250 | $6,250 | Port de Plaissance Hotel Mgt N.V. | | |
| 2064N | TCS - Omni : PC & LG Double Sided Table Screen 23 inch / with game software / key board and PSU | Used | 25 | $250 | $6,250 | Port de Plaissance Hotel Mgt N.V. | | |
| 2065N | TCS - Omni : PC & LG Double Sided Table Screen 23 inch / with game software / key board and PSU | Used | 25 | $250 | $6,250 | Port de Plaissance Hotel Mgt N.V. | | |
| 2066N | TCS - Omni : LG Double Sided Table Screen 23 inch / with key board and PSU | Used | 25 | $250 | $6,250 | Port de Plaissance Hotel Mgt N.V. | | |
| 2068N | VIP Baccarat Tables | New | 2 | $1,000 | $2,000 | Port de Plaissance Hotel Mgt N.V. | | |
| 2069N | 10 Roulette Stools, 10 VIP Gaming Chairs, 12 Slot Chairs | New / Used | 32 | $16 | $500 | Port de Plaissance Hotel Mgt N.V. | | |
| 2075N | TCS Chipper Champ | New | 1 | $2,500 | $2,500 | Port de Plaissance Hotel Mgt N.V. | | |
| 2077N | Tournament Chips (9240) | Used | 1 | $2,032 | $2,032 | Port de Plaissance Hotel Mgt N.V. | | |
| 13 Lots | | Total Units | 153 | | $49,592 | Port de Plaissance Hotel Mgt N.V. | $7,438.80 | $42,153.20 |
| 2060N (b) | MD3 Working - Require Feeder Rollers To Function Perfectly | Used | 5 | $1,750 | $8,750 | IPG | | |
| 2076N | SG Deck Mate 2 (with displays) | Used | 2 | $3,950 | $7,900 | IPG | | |
| 1.5 Lots | | Total Units | 7 | | $16,650 | IPG | $2,497.50 | $14,152.50 |
| 2008S (a) | SG Equinox (DFDC compatible) | Used | 6 | $2,150 | $12,900 | MP Holdings | | |
| 0.5 Lots | | Total Units | 6 | | $12,900 | MP Holdings | $1,935.00 | $10,965.00 |
| 2060N (a) | MD3 Working - Require Feeder Rollers To Function Perfectly | Used | 2 | $3,700 | $7,400 | LT Game | | |
| 0.5 Lots | | Total Units | 2 | | $7,400 | LT Game | $1,110.00 | $6,290.00 |
| 2022N | Bee-Tek Dealing Shoe (with spares) | Used | 5 | $102 | $510 | Gaming Supplies LLC | | |
| 2023N | Bee-Tek Dealing Shoe (with spares) | Used | 5 | $150 | $750 | Gaming Supplies LLC | | |
| 2074N | One2Six Shufflers | Used | 5 | $3,702 | $18,510 | Gaming Supplies LLC | | |
| 3 Lots | | Total Units | 15 | | $19,770 | Gaming Supplies LLC | $2,965.50 | $16,804.50 |
| 2056N | Casino Chips and Plaques | Used | 1 | $83,500 | $83,500 | David Albanese | | |
| 1 Lot | | Total Units | 1 | | $83,500 | David Albanese | $12,525.00 | $70,975.00 |
| 2007S | SG Duelos Stand Alone | Used | 4 | $1,000 | $4,000 | ISMS | | |
| 2009S | Bally Various Wave / V27 some functional some requiring parts | Used | 32 | $1,000 | $32,000 | ISMS | | |
| 2 Lots | | Total Units | 36 | | $36,000 | ISMS | $5,400.00 | $30,600.00 |
| 2008S (a) | SG Equinox (DFDC compatible) | Used | 6 | | | | | |
| 2041N | Big 6 Tables | Used | 12 | | | | | |
| 2054N | G+D Banknote Counter BPS-C4-8 | Used & Requires Service | 2 | | | | | |
| 2070N | Bally iView Set: Includes iView 3.0, Display Manager, 6"x2" LCD Display Panel and 2 x PSU | Used | 38 | | | | | |
| 3071N | Bally iView Set: Includes iView 3.0, Display Manager, 6"x2" LCD Display Panel and 2 x PSU | Used | 30 | | | | | |
| 2072N | Bally iView Display Manager + PSU Single Units | Used | 12 | | | | | |
| 2073N | Bally iView 6"x2" LCD Display Panel Single Units | Used | 28 | | | | | |
| 2078N | Chub Safe (similar to Europa model) | Used | 1 | | | | | |
| 2079N | Chub Safe (similar to Europa model) | Used | 1 | | | | | |
| 8.5 Lots | | Total Units | 130 | | | No Bids Received | | |
| 30 Lots | | Total Units | 350 | | $225,812.00 | | $33,871.80 | $191,946.20 |
| | | | | | | | 15.00% | 85.00% |