IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| U.S.A. FANTER CORPORATION, LTD., | : | CIVIL CASE NO. 1:20-CV-00003 |
| Plaintiff, | : | |
| -v- | : | |
| IMPERIAL PACIFIC INTERNATIONAL (CNMI), LLC, | : : | |
| Defendant. | : | |

MEMORANDUM

The Memorandum Decision of October 26, 2021, ECF 166, provided that Clear Management, Ltd., would be entitled to reimbursement of its reasonable expenses incurred in connection with the sale of Defendant's gaming equipment. The Court has previously approved Clear Management's expenses through December 7, 2022, ECF 343, and its expenses incurred from December 8, 2022, through and including February 28, 2023, ECF 352.

Submitted herewith is an exhibit, detailing Clear Management's expenses from March 1 through March 31, 2023. The expenses total $11,554.26.

Clear Management has backup document to substantiate all of these expenses, and would be happy to provide the same, together with such other and further information, as the Court may require.

DATED: 17 APR 2023

MICHAEL A. WHITE, ESQ.
Attorney for Clear Management, Ltd.

-1-

CLEAR MANAGEMENT - RECEIVER'S EXPENSES - From 1st March 2023 to 31st March 2023

| Invoice Details | Invoiced by | Invoice Reference | Project Mgt | Technical Advisory | Labour | Legal Fees | Equipment | Fuel for Generator | Travel Expenses | Web Site | Other Expenses | Invoice Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Time & Expenses - 2 Weeks to 2023-03-12 | Chris Craney | 1 | $1,610.00 | | | | | | | | | $1,610.00 |
| Time & Expenses - 2 Weeks to 2023-03-12 | Kien Truong | 1 | | | $727.50 | | | | | | | $727.50 |
| Flight for Kevin Stopforth (Phnom Penh to Saipan) | Premier Travel | 2 | | | | | | | $1,450.00 | | | $1,450.00 |
| Kevin Stopforth Expenses from 21st March to 26th March | Kevin Stopforth | 3 | | | | | | | $283.74 | | | $283.74 |
| Kevin Stopforth Fees 21st March to 27th March (4 Days) | Kevin Stopforth | 4 | | $1,600.00 | | | | | | | | $1,600.00 |
| Time & Expenses - 2 Weeks to 2023-03-26 | Chris Craney | 5 | $1,837.50 | | | | | | | | | $1,837.50 |
| Time & Expenses - 2 Weeks to 2023-03-26 | Kien Truong | 6 | | $765.00 | | | | | | | | $765.00 |
| Bank Charges on Fund Transfer to Chris Craney | Verlink Investment | - | | | | | | | | | $9.56 | $9.56 |
| Bank Charges on Receipt by Chris | Chris Craney | - | | | | | | | | | $25.00 | $25.00 |
| Kevin Hotel in Saipan 22nd March to 31st March (£755.90) | Hotels.com | 7 | | | | | | | $944.88 | | | $944.88 |
| TS Expenses re Trip to Cambodia - Bidder Discussions | Tim Shepherd | 8 | | | | | | | $2,301.08 | | | $2,301.08 |
| Total from 1st March 2023 to 31st March 2023 | | | $3,447.50 | $2,365.00 | $727.50 | - | - | - | $4,979.70 | - | $34.56 | $11,554.26 |

| | |
|---|---|
| Project Mgt | $3,447.50 |
| Technical Advisory | $2,365.00 |
| Labour | $727.50 |
| Legal Fees | - |
| Equipment | - |
| Fuel for Generator | - |
| Travel Expenses | $4,979.70 |
| Web Site | - |
| Other Expenses | $34.56 |
| Total | $11,554.26 |