IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| U.S.A. FANTER CORPORATION, LTD., | : | CIVIL CASE NO. 1:20-CV-00003 |
| Plaintiff, | : | |
| -v- | : | |
| IMPERIAL PACIFIC INTERNATIONAL (CNMI), LLC, | : | |
| Defendant. | : | |

## MOTION FOR ORDER FOR PAYMENT OF ATTORNEY FEES

Receiver Clear Management, Ltd., hereby respectfully moves for an Order, authorizing and directing payment of its attorney's fees and costs, covering the period from December 13, 2022, to April 25, 2023, in the amount of $4,834.20, payment to be made from the proceeds of the sale of Defendant's gaming equipment contained in the Escrow Trust Account of The Law Offices of Michael A. White, LLC. A copy of an invoice, dated April 29, 2023, is attached hereto in support of this Motion.

DATED: 01 MAY 2023

_____
MICHAEL A. WHITE, ESQ.
Attorney for Clear Management, Ltd.

# Law Offices of Michael A. White, LLC.

P.O. Box 5222 CHRB
Saipan, MP 96950
Phone: (670) 234-6547 Fax: (670) 234-9537

## INVOICE

**Date:** 04/29/2023
**Invoice #:** 12018

**Bill To:**
Clear Management
Saipan, MP 96950

**Due Date:** 05/29/2023

**Payment received after 4/29/2023 are not reflected in this statement.**

**Professional Services**

| Date | | Details | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/13/2022 | MAW | Prepare - Report & account of second auction & related pleadings | 0.50 | 300.00 | 150.00 |
| 12/13/2022 | MAW | Prepare - Email message | 0.10 | 300.00 | 30.00 |
| 12/13/2022 | MAW | Dictate - Motion for Disbursement of commissions, expenses, legal fees & related pleadings. | 0.40 | 300.00 | 120.00 |
| 12/19/2022 | MAW | Review - Email message correspondence re: Vehicles & Liquor | 0.20 | 300.00 | 60.00 |
| 12/21/2022 | MAW | Review - Motions | 0.20 | 300.00 | 60.00 |
| 12/21/2022 | MAW | Prepare - Exchange of email messages with Sam Salyer | 0.20 | 300.00 | 60.00 |
| 12/29/2022 | MAW | Prepare - Email message to Client | 0.20 | 300.00 | 60.00 |
| 01/21/2023 | MAW | Read - Email message from client  Prepare - Email message to client | 0.40 | 300.00 | 120.00 |
| 01/25/2023 | MAW | Dictate - Report & account of 3rd auction, Motion & Notice of hearing | 0.40 | 300.00 | 120.00 |
| 02/09/2023 | MAW | Court Appearance - Motions for approval of sales on 2nd & 3rd auction; Disbursement of funds. | 1.40 | 300.00 | 420.00 |
| 02/09/2023 | MAW | Prepare - Email message to client | 0.20 | 300.00 | 60.00 |
| 02/09/2023 | MAW | Dictate - Order on 02/09/2023 hearing  Prepare - Email messages to client | 0.40 | 300.00 | 120.00 |

# Law Offices of Michael A. White, LLC.

P.O. Box 5222 CHRB
Saipan, MP 96950
Phone: (670) 234-6547  Fax: (670) 234-9537

| Date | Staff | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02/13/2023 | MAW | Casino Inspection tour | 1.50 | 300.00 | 450.00 |
| 02/20/2023 | MAW | Prepare - Email message to client re: Receipt of Auction funds | 0.20 | 300.00 | 60.00 |
| 03/10/2023 | MAW | Dictate - Motion for Authorization to pay commission on 2nd & 3rd sales, & related pleadings | 0.30 | 300.00 | 90.00 |
| 03/22/2023 | MAW | Review and Respond - to email messages from client. Dictate - Motion for Reimbursement of expenses and related pleadings | 0.60 | 300.00 | 180.00 |
| 04/03/2023 | MAW | Conference with clients thru Zoom meeting | 0.20 | 300.00 | 60.00 |
| 04/06/2023 | MAW | Court Apperance - Motion to approve commissions and expenses | 1.00 | 300.00 | 300.00 |
| 04/06/2023 | MAW | Dictate - Email message to client re: hearing Review - Minute | 0.20 | 300.00 | 60.00 |
| 04/07/2023 | MAW | Dictate - Proposed Order Authorizing payment of commissions and expenses | 0.20 | 300.00 | 60.00 |
| 04/07/2023 | MAW | Dictate - Proposed Order re: Expedited consideration of receiver's motion | 0.40 | 300.00 | 120.00 |
| 04/07/2023 | MAW | Prepare - Letters to attorneys for creditors requesting updated info on claims | 1.00 | 300.00 | 300.00 |
| 04/07/2023 | MAW | Dictate - letter to attorneys for creditors re: Possible expansion of receivership | 0.50 | 300.00 | 150.00 |
| 04/12/2023 | MAW | Prepare - Email message to client Prepare - Check to client for commissions and expenses | 0.20 | 300.00 | 60.00 |
| 04/13/2023 | MAW | Compile responses from IPI creditors re: Judgments and claims against IPI | 0.50 | 300.00 | 150.00 |
| 04/14/2023 | MAW | Dictate - Motion for Order approving 4th sale and disbursement of expenses | 0.60 | 300.00 | 180.00 |
| 04/20/2023 | MAW | Dictate - Report to District Court & Proposed Order | 3.50 | 300.00 | 1050.00 |
| 04/24/2023 | MAW | Prepare - Email message to client | 0.10 | 300.00 | 30.00 |
| 04/24/2023 | MAW | Review - Order amending procedure for approval of auction sales & disbursements Prepare - Email message to client | 0.20 | 300.00 | 60.00 |
| 04/25/2023 | MAW | Review - IPI's opposition to expansion of | 0.10 | 300.00 | 30.00 |

Invoice # 12018

# Law Offices of Michael A. White, LLC.

P.O. Box 5222 CHRB
Saipan, MP 96950
Phone: (670) 234-6547 Fax: (670) 234-9537

receivership

|  |  | For professional services rendered | 15.90 |  | $4,770.00 |
|---|---|---|---|---|---|

**Additional Charges**

| Date | | Details | Quantity | Rate | Amount |
|---|---|---|---|---|---|
| 12/13/2022 | MAW | Filing Fees (online) re: Petition for Enforcement | 1 | 20.50 | 20.50 |
| 01/03/2023 | MAW | Photocopying charges | 2 | 0.20 | 0.40 |
| 01/09/2023 | MAW | PACER charges for December 2022 | 1 | 30.50 | 30.50 |
| 01/21/2023 | MAW | Photocopying charges | 8 | 0.20 | 1.60 |
| 01/26/2023 | MAW | Cost of obtaining copy of 2021 Annual Corporation Report | 1 | 5.00 | 5.00 |
| 02/09/2023 | MAW | Photocopying charges | 2 | 0.20 | 0.40 |
| 02/20/2023 | MAW | Photocopying charges | 4 | 0.20 | 0.80 |
| 03/23/2023 | MAW | Photocopying charges | 10 | 0.20 | 2.00 |
| 04/06/2023 | MAW | Photocopying charges | 2 | 0.20 | 0.40 |
| 04/14/2023 | MAW | Photocopying charges | 4 | 0.20 | 0.80 |
| 04/24/2023 | MAW | Photocopying charges | 2 | 0.20 | 0.40 |
| 04/25/2023 | MAW | Photocopying charges | 7 | 0.20 | 1.40 |

|  | **Total additional charges** | **$64.20** |
|---|---|---|
|  | **Invoice Amount** | **$4,834.20** |
|  | **Payment Received** | $0.00 |
|  | **Remaining Balance** | $4,834.20 |
|  | **Previous Invoices Balance** | $0.00 |
|  | **Balance Due** | **$4,834.20** |

Invoice # 12018