IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| U.S.A. FANTER CORPORATION, LTD., | : | CIVIL CASE NO. 1:20-CV-00003 |
| Plaintiff, | : | |
| -v- | : | |
| IMPERIAL PACIFIC INTERNATIONAL (CNMI), LLC, | : | |
| Defendant. | : | |

MOTION FOR REIMBURSEMENT OF EXPENSES

Clear Management, Ltd., hereby respectfully moves that this Honorable Court authorize and direct the disbursement of expenses incurred by the Receiver from April 1 through April 30, 2023, in the amount of $27,435.93. A table detailing those expenses is attached hereto and submitted herewith.

DATED: 17 MAY 2023

MICHAEL A. WHITE, ESQ.
Attorney for Clear Management, Ltd.

CLEAR MANAGEMENT - RECEIVER'S EXPENSES - From 1st April 2023 to 30th April 2023

| Invoice Details | Invoiced by | Invoice Reference | Project Mgt | Technical Advisory | Labour | Legal Fees | Equipment | Fuel for Generator | Travel Expenses | Web Site | Other Expenses | Invoice Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Kevin Stopforth Expenses from 27th March to 3rd April | Kevin Stopforth | 1 | | | | | | | $ 300.13 | | | $ 300.13 |
| Kevin Stopforth Fees 27th March to 3rd April (5 Days) | Kevin Stopforth | 2 | | $ 2,000.00 | | | | | | | | $ 2,000.00 |
| Kevin Stopforth Bank Charges on Receipts | Kevin Stopforth | - | | | | | | | | | $ 32.00 | $ 32.00 |
| Bank Charges on Transfer to Kevin Stopforth | Verilink Investment | - | | | | | | | | | $ 63.70 | $ 63.70 |
| Time & Expenses - 2 Weeks to 2023-04-09 | Chris Craney | 3 | $ 1,960.00 | | | | | | | | | $ 1,960.00 |
| Time & Expenses - 2 Weeks to 2023-04-09 | Kien Truong | 4 | | | $ 840.00 | | | | | | | $ 840.00 |
| Gas for Generator - 31st March & 4th April | Mobil | 5 | | | | | | $ 53.77 | | | | $ 53.77 |
| Chris Craney Bank Charges on Trf to KT | Chris Craney | - | | | | | | | | | $ 13.00 | $ 13.00 |
| Kevin Stopforth Expenses from 4th April to 10th April | Kevin Stopforth | 6 | | | | | | | | | | |
| Kevin Stopforth Fees 4th April to 10th April (4 Days) | Kevin Stopforth | 7 | | $ 1,600.00 | | | | | $ 356.08 | | | $ 356.08 |
| Bank Charges on Transfer to Kevin Stopforth | Verilink Investment | - | | | | | | | | | | $ 1,600.00 |
| Kevin Stopforth Expenses from 11th April to 16th April | Kevin Stopforth | 8 | | | | | | | | | $ 63.70 | $ 63.70 |
| Kevin Stopforth Fees 4th April to 10th April (4 Days) | Kevin Stopforth | 9 | | $ 1,600.00 | | | | | $ 420.43 | | | $ 420.43 |
| Bank Charges on Transfer to Kevin Stopforth | Verilink Investment | - | | | | | | | | | | $ 1,600.00 |
| Time & Expenses - 2 Weeks to 2023-04-23 | Chris Craney | 10 | $ 2,415.00 | | | | | | | | $ 63.70 | $ 63.70 |
| Time & Expenses - 2 Weeks to 2023-04-23 | Kien Truong | 11 | | | $ 1,675.00 | | | | | | | $ 2,415.00 |
| Time & Expenses - 2 Weeks to 2023-04-23 | Avelino Dungca | 12 | | | $ 408.00 | | | | | | | $ 1,675.00 |
| Time & Expenses - 2 Weeks to 2023-04-23 | Mario Brei | 12 | | | $ 312.00 | | | | | | | $ 408.00 |
| Time & Expenses - 2 Weeks to 2023-04-23 | Shawn Mendiola | 12 | | | $ 384.00 | | | | | | | $ 312.00 |
| Gas for Generator - 10th April & 20th April | Mobil | 13 | | | | | | $ 51.23 | | | | $ 384.00 |
| Bank Charges on Fund Transfer to Chris Craney | Verilink Investment | - | | | | | | | | | $ 9.56 | $ 51.23 |
| Kevin Stopforth Expenses from 17th April to 23rd April | Kevin Stopforth | 14 | | | | | | | | | | $ 9.56 |
| Kevin Stopforth Fees 17th April to 23rd April (5 Days) | Kevin Stopforth | 15 | | $ 2,000.00 | | | | | $ 418.37 | | | $ 418.37 |
| Bank Charges on Transfer to Kevin Stopforth | Verilink Investment | - | | | | | | | | | | $ 2,000.00 |
| Kevin Stopforth Expenses from 24th April to 30th April | Kevin Stopforth | 16 | | | | | | | | | $ 63.71 | $ 63.71 |
| Kevin Stopforth Fees 24th April to 30th April (5 Days) | Kevin Stopforth | 17 | | $ 2,000.00 | | | | | $ 371.54 | | | $ 371.54 |
| Time & Expenses - 1 Week to 2023-04-30 | Avelino Dungca | 18 | | | $ 438.00 | | | | | | | $ 2,000.00 |
| Time & Expenses - 1 Week to 2023-04-30 | Mario Brei | 18 | | | $ 420.00 | | | | | | | $ 438.00 |
| Chris Craney Bank Charges on Receipt of Funds | Chris Craney | - | | | | | | | | | $ 25.00 | $ 420.00 |
| Kevin Hotel in Saipan 1st - 11th April (£814.55) | Hotels.com | 19 | | | | | | | $ 1,018.19 | | | $ 25.00 |
| Kevin Hotel in Saipan 13th - 22nd April (£723.00) | Hotels.com | 20 | | | | | | | $ 903.75 | | | $ 1,018.19 |
| Kevin Hotel in Saipan 23rd - 30th April (£650.16) | Hotels.com | 21 | | | | | | | $ 812.70 | | | $ 903.75 |
| Kevin Hotel in Saipan 1st -4th May (£300.80) | Hotels.com | 22 | | | | | | | $ 376.00 | | | $ 812.70 |
| TS Expenses re Trip to VN & Cambodia - Bidder Discussions | Tim Shepherd | 23 | | | | | | | $ 3,967.37 | | | $ 376.00 |
| Total from 1st April 2023 to 30th April 2023 | | | $ 4,375.00 | $ 9,200.00 | $ 4,477.00 | - | - | $ 105.00 | $ 8,944.56 | - | $ 334.37 | $ 3,967.37 |
| | | | | | | | | | | | | $ 27,435.93 |

| | |
|---|---|
| Project Mgt | $ 4,375.00 |
| Technical Advisory | $ 9,200.00 |
| Labour | $ 4,477.00 |
| Legal Fees | - |
| Equipment | - |
| Fuel for Generator | $ 105.00 |
| Travel Expenses | $ 8,944.56 |
| Web Site | - |
| Other Expenses | $ 334.37 |
| Total | $ 27,435.93 |