F I L E D
 Clerk
 District Court
 JUL 28 2023
for the Northern Mariana Islands
By_____
 (Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| U.S.A. FANTER CORPORATION, LTD., <br><br> Plaintiff, <br><br> v. <br><br> IMPERIAL PACIFIC INTERNATIONAL (CNMI), LLC, <br><br> Defendant. | Case No. 1:20-cv-00003 <br><br> ORDER ENTERING STIPULATED JUDGMENT, AND ACKNOWLEDGING SATISFACTION OF JUDGMENT BY DEFENDANT |

On May 26, 2021, the Court entered an Amended Judgment in favor of the Plaintiff, USA Fanter, and against Defendant IPI, in the amount of $2,089,345.28, plus pre- and post-judgment interest, and costs. (ECF No. 107.) On January 4, 2022, the Court issued an Order staying the Judgment, based on IPI posting a supersedeas bond in the amount of $2,450,000 to secure the Judgment pending its appeal to the Ninth Circuit. (ECF No. 222.) On December 7, 2022, the Court entered an Order (1) directing the full amount of the supersedeas bond be released to the Thompson Law, LLC Client Trust Account, (2) directing certain amounts to be released to USA Fanter to satisfy the Judgment amount and the amount of prejudgment interest agreed between the Parties, and (3) setting a briefing schedule for the parties to submit any remaining petitions for costs, attorneys' fees, post-judgment interest, and any other claims for damages. (ECF No. 325.)

USA Fanter moved before the Ninth Circuit for an award of attorneys' fees and costs in connection with the appeal in this matter. USA Fanter informed IPI that it intends to assert additional

claims for attorney's fees, costs, and post-judgment interest before the Court. IPI informed USA Fanter that it intends to assert claims for attorney's fees before the Court.

On July 19, 2023, the parties entered a Settlement Agreement. (Stipulation ¶ 7, ECF No. 386.) Pursuant to the Settlement Agreement, USA Fanter and IPI now agree to fully and finally resolve this matter, including all amounts due or claimed pursuant to the Amended Judgment, any pending or potential petitions for attorneys' fees, costs, or interest in this case in consideration of a final payment in the amount of Two Hundred Fifty-One Thousand Five Hundred Eighty-One and 44/100 USD ($251,581.44) which has been tendered in payment to USA Fanter's counsel. (*Id*. ¶¶ 6, 7.)

**Therefore, based on the parties' Stipulation and good cause shown, the Court HEREBY ORDERS** the entry of an amended judgment to include the $251,581.44 for a total **$2,340,926.72,** and acknowledges the full satisfaction of this amended judgment amount. Accordingly, the Court ORDERS that Thompson Law, LLC, to promptly release the amount of **Two Hundred Fifty-One Thousand Five Hundred Eighty-One and 44/100 USD ($251,581.44)** from Thompson Law, LLC Client Trust Account to U.S.A. Fanter Corporation, Ltd.

**IT IS SO ORDERED** this 28th day of July, 2023.

_____
RAMONA V. MANGLONA
Chief Judge