AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Northern Mariana Islands

| | |
|---|---|
| U.S.A. Fanter Corporation, Ltd. <br> *Plaintiff* <br> v. <br> Imperial Pacific International (CNMI), LLC <br> *Defendant* | ) ) ) ) ) ) ) Civil Action No. 1:20-cv-00003 |

F I L E D
Clerk
District Court
JUL 31 2023
for the Northern Mariana Islands
By _____
(Deputy Clerk)

## THIRD AMENDED
## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____%, plus post judgment interest at the rate of _____% per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Pursuant to the Order Entering Stipulated Judgment, and Acknowledging Satisfaction of Judgment by Defendant (ECF No. 387), a third amended judgment is hereby entered in favor of Plaintiff and against Defendant based on the parties' agreement to fully and finally resolve this matter, including all amounts due or claimed pursuant to the Amended Judgment, any pending or potential petitions for attorneys' fees, costs, or interest in this case in consideration of a final payment in the amount of Two Hundred Fifty-One Thousand Five Hundred Eighty-One and 44/100 USD ($251,581.44) for a total amended judgment of $2,340,926.72, which the Court acknowledges the full satisfaction of this amended judgment amount.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Ramona V. Manglona on a motion for Stipulation of Judgment and Acknowledgment of Satisfaction of Judgment (ECF No. 386).

Date: 07/31/2023

CLERK OF COURT

William J. Bezzant, Chief Deputy Clerk
*Signature of Clerk or Deputy Clerk*